Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA 94607
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff
SANTIAGO RODRIGUEZ

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TINA R. SALADINO, Special Assistant U.S. Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8991
tina.saladino@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SANTIAGO RODRIGUEZ,

           Plaintiff,

   v.

CAROLYN COLVIN, Acting Commissioner
of Social Security,

          Defendant.
_____/

Case No.  1:15-cv-01064-SKO

**STIPULATION AND ORDER TO
EXTEND BRIEFING SCHEDULE**

      Pursuant to the Scheduling Order in the above-referenced matter (Doc. 5, p. 4:12-15), IT IS

HEREBY STIPULATED by the parties, through their undersigned attorneys, that Plaintiff shall

have a first-time extension of thirty (30) days to serve his Confidential Letter Brief. Plaintiff's

Confidential Letter Brief shall now be served on or before January 15, 2016. All remaining

briefing deadlines are modified accordingly.

Respectfully submitted,

DATE: December 16, 2015          NEWELL LAW

                        BY:     *Melissa Newel*
                                Melissa Newel
                                Attorney for Plaintiff
                                SANTIAGO RODRIGUEZ

DATED:  December 16, 2015        BENJAMIN WAGNER
                                 United States Attorney
                                 DEBOROAH LEE STACHEL
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                        By:     *Tina Saladino*\*
                                TINA R. SALADINO
                                (*Authorized by email dated 12/15/*2015)
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1.      Plaintiff shall file his confidential letter brief by no later than January 15, 2016; and

2.      All remaining briefing deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **December 17, 2015**                          **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE