Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA  94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
SANTIAGO RODRIGUEZ

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
HEATHER MOSS
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8826
heather.moss@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO RODRIGUEZ, | Case No.  1:15-cv-01064-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have an extension of time of sixty (60) days to serve her Confidential Letter Brief. The new date for Plaintiff's Confidential Letter Brief shall be on or before **March 15, 2016**. Plaintiff respectfully requests this additional time due to a heavy workload despite best efforts.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: February 17, 2016 | NEWEL LAW |
| | By: *Melissa Newel* |
| | Melissa Newel |
| | Attorney for Plaintiff |
| | SANTIAGO RODRIGUEZ |
| Dated: February 17, 2016 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | By: `Heather Moss*` |
| | Heather Moss |
| | (*Authorized by email dated 02/17/*2016) |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, Plaintiff's motion for an extension of time is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his confidential opening brief by no later than March 15, 2016; and

2. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **February 17, 2016**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

2