Melissa Newel (#148563)
NEWEL LAW
352 24th Street
Oakland, CA 94612 (510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
SANTIAGO RODRIGUEZ


BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
HEATHER MOSS
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8826
heather.moss@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant.<br>_____/ | Case No.  1:15-cv-01064-SKO<br><br>**JOINT STIPULATION OF DISMISSAL; ORDER OF DISMISSAL AND DIRECTING CLERK OF COURT TO CLOSE CASE** |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their

undersigned attorneys, and with the approval of the Court, that Plaintiff voluntarily dismiss, with prejudice, the above-referenced action.

|                          | Respectfully submitted, |
|---|---|
| Dated: April 28, 2016 | NEWEL LAW |

                By: *Melissa Newel*
                    Melissa Newel
                    Attorney for Plaintiff
                    SANTIAGO RODRIGUEZ

Dated: April 28, 2016            BENJAMIN B. WAGNER
                    United States Attorney
                    DEBORAH LEE STACHEL
                    Acting Regional Chief Counsel,
                    Region IX Social Security
                    Administration

                By: Heather Moss*
                    HEATHER MOSS
                    (*authorized by email dated 04/28/2016*)
                    Special Assistant U.S. Attorney
                    Attorneys for Defendant

## **ORDER**

Based on the above stipulation, the above-captioned matter is DISMISSED WITH PREJUDICE, each party to bear its own fees, costs, and expenses.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 10, 2016**          **/s/ Sheila K. Oberto**
                    UNITED STATES MAGISTRATE JUDGE